UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL QUICK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY,<br><br>Defendant. | Civil Action No. 1:09-cv-02064-CKK |

## STIPULATION OF SETTLEMENT & DISMISSAL

Michael Quick ("Plaintiff"), and the United States Department of Commerce, National Institute of Standards and Technology ("Defendant" or "NIST"), hereby settle and compromise the above-styled lawsuit brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and stipulate and agree to the following provisions:

1. Plaintiff submitted a FOIA request dated November 13, 2008, which NIST assigned FOIA control number #09-11. Plaintiff's FOIA request sought information from the agency concerning a "complete 'Certified' legitimate copy of the computer models used by NIST to come to the conclusions it reached in the Investigation of the events of September 11, 2001." Since the filing of this lawsuit, NIST has produced responsive, non-exempt records, and obtained summary judgment on Plaintiff's claims. See Memorandum Opinion, Quick v. NIST, Civ. Act. No. 09-02064-CKK, Dkt. No. 24 (Apr. 7, 2011). Fee litigation remains pending.

2. Defendant shall promptly pay $3,000.00 (Three-Thousand Dollars) in attorney's fees and costs. Payment of this money will be made by electronic funds transfer promptly after

notification of the Court's entry of this Stipulation, and counsel for Plaintiff will provide the necessary information to counsel for Defendant to effectuate the transfer.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceedings that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case.

4. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6. The Court retains jurisdiction over enforcement of any of the provisions of this Stipulation of Settlement.

7. Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, effective upon entry by the Court, pursuant to Rule 41(a)(1)(ii).

8. Any and all remaining issues are waived.

Dated: May 26, 2011

Respectfully Submitted,

/s/ Daniel J. Stotter
DANIEL J. STOTTER, D.C. Bar #WI0015
Stotter & Associates LLC

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney
for the District of Columbia

408 SW Monroe Avenue
Suite L163
Corvallis, Oregon 97333
Ph: (202) 672-5300

Attorney for Plaintiff

RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

BY:  /s/ David C. Rybicki
DAVID C. RYBICKI, D.C. Bar #976836
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Ph: (202) 353- 4024
Fax: (202) 514-8780

Attorneys for Defendant

SO ORDERED this 31 day of _____May_____, 2011.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

1: 09cv2064-CKK

3